UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO ANGULO, JR. and TIFFANY M. ANGULO,<br><br>        Plaintiffs,<br><br>  v.<br><br>COUNTRYWIDE HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and, does 1 to 100, INCLUSIVE,<br><br>        Defendants. | CIV-F-09-0877 AWI SMS<br><br>ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS |

      On June 17, 2009, Defendants made a motion for to dismiss, with the hearing set for August 3, 2009. On July 24, 2009, Plaintiffs filed an amended complaint. Under Rule 15(a), "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. Proc. 15(a)(1)(A). "A motion to dismiss is not a 'responsive pleading' within the meaning of Rule 15." Crum v. Circus Circus Enters., 231 F.3d 1129, 1130 n.3 (9th Cir. 2000). An "amended complaint supersedes the original, the latter being treated thereafter as non-existent." Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997).

      Here, the Defendants did not file an answer, but instead filed a motion to dismiss. As no prior amended complaints have been filed, Plaintiffs were entitled to file his amended complaint as a matter of course under Rule 15(a). The amended complaint supersedes the original complaint, and the original complaint is treated as non-existent. Since Defendants' motion seeks

dismissal of the original and now "non-existent" complaint, Defendants' motion is now moot.

    Accordingly, IT IS HEREBY ORDERED that Defendants' motion to dismiss is DENIED as moot.

IT IS SO ORDERED.

**Dated:**   **July 30, 2009**                     **/s/ Anthony W. Ishii**
                                             CHIEF UNITED STATES DISTRICT JUDGE