**LAW OFFICES OF RONALD H. CHEW APLC**
Ronald H. Chew, California Bar No. 182121
Morgant Fiedler, California Bar No. 258275
3699 Wilshire Blvd., 7th Floor
Los Angeles, California 90010
Telephone: (213) 251-2300
Facsimile: (213) 251-2310
Email: ronchewesq@yahoo.com
fiedlerlaw@yahoo.com

Attorney for Plaintiffs
HORACIO ANGULO, JR. and TIFFANY M. ANGULO

**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
David N. de Ruig, California Bar No. 258005
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: james.goldberg@bryancave.com
david.deruig@bryancave.com

**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: 310-576-2100
Facsimile: 310-576-2200
Email: reboone@bryancave.com

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.



**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

HORACIO ANGULO, JR. and TIFFANY M. ANGULO,

Plaintiffs,

vs.

COUNTRYWIDE HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and, Does 1 to 100, INCLUSIVE,

Case No.: 1:09-cv-00877-AWI-SMS

**JOINT STIPULATION AND ORDER TO FURTHER EXTEND THE TIME FOR DEFENDANT COUNTRYWIDE HOME LOANS, INC. TO RESPOND TO PLAINTIFFS' VERIFIED FIRST AMENDED COMPLAINT**



PDF created with pdfFactory trial version www.pdffactory.com

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

Defendants.

## STIPULATION

This Stipulation is entered into by Plaintiffs HORACIO ANGULO, JR. and TIFFANY M. ANGULO ("Plaintiffs") and Defendant COUNTRYWIDE HOME LOANS, INC. ("CHL").

WHEREAS, on April 1, 2009, Plaintiffs filed a Complaint in Tulare Superior Court, Case No. 09-232202 ("State Court Action");

WHEREAS, CHL was served with the Complaint on April 17, 2009, and was the first defendant to be served in the State Court Action;

WHEREAS, CHL removed this action to federal court on May 18, 2009;

WHEREAS, pursuant to FRCP 81(c), CHL was required to respond to the Complaint no later than May 26, 2009;

WHEREAS, pursuant to Local Rule 6-144(a) of the Eastern District of California, Plaintiff granted CHL an initial extension until June 17, 2009 to respond to the Complaint;

WHEREAS, CHL filed a Motion to Dismiss Plaintiffs' Complaint on June 17, 2009 (Docket #8) with a hearing date of August 3, 2009, at 1:30 p.m.;

WHEREAS, Plaintiffs filed a First Amended Complaint on July 24, 2009 (Docket #11);

NOW, THEREFORE, Plaintiffs and CHL desire and hereby **STIPULATE** as follows:

1. CHL shall have until, and including, August 24, 2009 to respond to Plaintiffs' Complaint in this matter.

**IT IS SO STIPULATED.**

Dated: July 30, 2009

**BRYAN CAVE LLP**
Robert E. Boone III
James Goldberg
David N. de Ruig

By: /s/ David N. de Ruig
David N. de Ruig
Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: July 30, 2009

**LAW OFFICES OF RONALD H. CHEW APLC**
Ronald H. Chew
Morgant Fiedler

By: /s/ Morgant Fiedler
Morgant Fiedler
Attorneys for Plaintiffs
HORACIO ANGULO, JR. and TIFFANY M. ANGULO

**ORDER**

Having reviewed the Joint Stipulation of Plaintiffs HORACIO ANGULO, JR. and TIFFANY M. ANGULO ("Plaintiffs") and Defendant COUNTRYWIDE HOME LOANS, INC. ("CHL") and good cause appearing, IT IS ORDERED THAT:

1. CHL shall have until, and including, August 24, 2009 to respond to Plaintiffs' Complaint in this matter.

Dated: July 30, 2009

/s/ Sandra M. Snyder
Chief United States Magistrate Judge Sandra M. Snyder

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

PDF created with pdfFactory trial version www.pdffactory.com