**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HORACIO ANGULO, JR., and<br>TIFFANY M. ANGULO,<br><br>   Plaintiffs,<br><br>   v.<br><br>COUNTRYWIDE HOME LOANS, INC.,<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., and<br>DOES 1 through 100, Inclusive,<br><br>   Defendants. | NO. 1:09-CV-00877-AWI-SMS<br><br>ORDER VACATING HEARING<br>DATE OF OCTOBER 5, 2009,<br>AND TAKING MATTER<br>UNDER SUBMISSION |

   Defendants have noticed for hearing and decision a motion to dismiss.  The matter was scheduled for hearing to be held on October 5, 2009. Pursuant to Local Rule 78-230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than September 21, 2009.  Plaintiffs failed to do so.

   Due to Plaintiffs' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules.  See 78-230(c).  Plaintiffs are further not entitled to be heard at oral argument in opposition to the motion.  See 78-230(c). The court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See  Local Rule 78-230(h).

///

1 | Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 5,
2 | 2009, is VACATED, and no party shall appear at that time. As of October 5, 2009, the court
3 | will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**   **September 23, 2009**            /s/ **Anthony W. Ishii**
                                   CHIEF UNITED STATES DISTRICT JUDGE