1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO ANGULO, JR. AND TIFFANY M. ANGULO,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTRYWIDE HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND DOES 1 TO 100, INCLUSIVE.<br><br>        Defendants. | NO. 1:09-CV-877-AWI-SMS<br><br>ORDER DISMISSING PLAINTIFFS' COMPLAINT WITH PREJUDICE AS TO DEFENDANT COUNTRYWIDE HOME LOANS, INC. AND ORDER TO SHOW CAUSE AS TO WHY UNSERVED DEFENDANT SHALL NOT BE DISMISSED |

      On October 26, 2009, this court dismissed Plaintiffs Tiffany Angulo and Horacio Angulo's (collectively "Plaintiffs") complaint with leave to amend. Plaintiffs were given until November 9, 2009, to file an amended complaint. Because Plaintiffs have yet to file an amended complaint, the court will dismiss this case with prejudice as to Defendant Countrywide Home Loans, Inc. ("CHL").

      With respect to Defendant Mortgage Electornic Registration Systems, Inc. ("MERS"), it appears that Plaintiffs have not served MERS. Plaintiff is in violation of Rule 4(m) because under the Rule, Plaintiff has not served Defendant MERS within 120 days after the complaint was filed. Rule 4(m) provides, "If a defendant is not served within 120 days after the complaint

is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." See Fed. R. Civ. P. 4(m). On April 1, 2009, Plaintiffs filed suit in the Superior Court of California, County of Tulare. On May 18, 2009, Defendant CHL removed the action to the Eastern District of California. On July 24, 2009, Plaintiffs filed a First-Amended Complaint. Therefore, at the very latest, Plaintiffs were required to serve MERS by November 24, 2009. Plaintiffs are also in violation of L.R. 5-135(d) because under the Local Rule, Plaintiffs are required to effectuate service upon all parties of all documents submitted to the court.

Accordingly, the court will order Plaintiffs to show cause why Defendant MERS shall not be dismissed from this action because of Plaintiffs' violation of Rule 4(m).

**ORDER**

For the reasons stated above, the court ORDERS:

1. Dismissal of Plaintiffs' complaint in its entirety with prejudice as to Defendant CHL in light of Plaintiffs' failure to file an amended complaint; and

2. Within fourteen days of service of this order, Plaintiffs are either to stipulate to the dismissal of the unserved defendant or show cause why Defendant MERS should not be dismissed from this action.

IT IS SO ORDERED.

**Dated:   November 25, 2009**             /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE