**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HORACIO ANGULO, JR. AND TIFFANY M. ANGULO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND DOES 1 TO 100, INCLUSIVE.<br><br>Defendants. | NO. 1:09-CV-877-AWI-SMS<br><br>ORDER DISMISSING UNSERVED DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND CLOSING CASE |

On November 30, 2009, this court dismissed Plaintiffs Tiffany Angulo and Horacio Angulo's ("Plaintiffs") complaint with prejudice as to Defendant Countrywide Home Loans, Inc. ("CHL"). As part of the order, the Court noted that Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") had not been served within 120 days of filing the operative complaint. The court ordered Plaintiffs to either stipulate to dismissal or show cause why the unserved defendant should not be dismissed as per Federal Rule of Civil Procedure 4(m). Plaintiffs were given until December 17, 2009 to file a response to the order to show cause or stipulation to dismiss. Plaintiffs did not comply with the Court's November 30, 2009 order, and failed to file any response.

Accordingly, it is hereby ordered that:

1. Unserved Defendant MERS is dismissed; and

2. The Clerk will close this case.

IT IS SO ORDERED.

**Dated:   January 7, 2010**              /s/ **Anthony W. Ishii**
                                   CHIEF UNITED STATES DISTRICT JUDGE